# United States Bankruptcy Court
## Southern District of Florida

In re: __Endless Jewelry North and South America, LLC__
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Endless Jewelry North and South America, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Endless International GmbH**
**Telegrafvej 5 opg 2 2.sal**
**2750 Ballerup**
**Denmark**

☐ None [*Check if applicable*]

**December 2, 2016**
Date

**/s/ Bradley S. Shraiberg**
**Bradley S. Shraiberg 121622**
Signature of Attorney or Litigant
Counsel for __Endless Jewelry North and South America, LLC__
**Shraiberg Ferrara Landau & Page PA**
**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
**561 443 0800 Fax:561 998 0047**
**bshraiberg@sfl-pa.com**