IN THE BANKRUPTCY COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA

IN RE:                                         CASE NO. 16-26113-RBR

ENDLESS JEWELRY NORTH AND
SOUTH AMERICA, LLC,

    Debtor.
_____/

## MOTION OF CREDITOR IVY TOWER 101 PROPERTY, LLC
## TO COMPEL ASSUMPTION OR REJECTION OF EXECUTORY LEASE

Creditor IVY TOWER 101 PROPERTY, LLC ("IVY TOWER"), by and through its undersigned counsel, pursuant to 11 U.S.C. Section 365 and other applicable provisions of the U.S. Bankruptcy Code, Bankruptcy Rules and laws of the United States, hereby files its Motion to Compel Assumption or Rejection of Executory Lease, and as grounds, states as follows:

1.      The Chapter 7 Debtor is a tenant, and Creditor IVY TOWER is the landlord with respect to the Debtor's business premises located at 101 NE 3rd Avenue, Suite 1200, Ft. Lauderdale, FL  33301 (the Premises").      True copies of the Debtor's lease and all amendments thereto (collectively the "Lease") are attached hereto as Composite Exhibit A.

2.      The Debtor is delinquent in the payment of its rent under the Lease for December, 2016 and January, 2017.  The monthly rent is $18,756.49, exclusive of late fees. At the current time, the Debtor owes pre-petition rent in the amount of $17,973.56, and post-petition rent in the amount of $18,756.49 for January, 2017.  A like sum will be owed as post-petition administrative rent for each and every month during which the Debtor continues to occupy the Premises.

3.      Creditor IVY TOWER wishes to retake possession of the Premises in an effort to mitigate its damages.  Creditor IVY TOWER accordingly requests that the Debtor and/or

Trustee be compelled to assume or reject the Lease within the next ten days.  If the Lease is assumed, Creditor IVY TOWER requests that the Debtor be required to cure all defaults and arrearages thereunder, and provide adequate assurance of its future performance.

WHEREFORE, Creditor IVY TOWER 101 PROPERTY, LLC, respectfully requests that the Court grant the within Motion, and enter its order accordingly, together with such other and further relief as this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system, to wit: ERIC S. PENDERGRAFT, ESQ./BRADLEY S. SHRAIBERG, ESQ., SHRAIBERG, FERRARA & LANDAU, P.A., Attorney for Debtor, 2385 NW Executive Center Drive, Suite 300, Boca Raton, FL 33431; JASON S. RIGOLI, ESQ., FURR COHEN, Attorneys for Trustee, 2255 Glades Road, #337W, Boca Raton, FL  33431 and U.S. TRUSTEE, Office of the U.S. Trustee, 51 S.W. 1 Avenue, #1204, Miami, FL 33130 and by mail on: ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC, Debtor, 101 NE 3rd Avenue, Suite 1200, Ft. Lauderdale, FL  33301, this 13th day of January, 2017.

**ROTH & SCHOLL**
**Attorneys for Creditor IVY TOWER 101**
**PROPERTY, LLC**
**866 South Dixie Highway**
**Coral Gables, FL 33146**
**Telephone: 305- 662-4141**
**Fax: 305-662-3816**
**Email: jeff@rothandscholl.com**

BY:  /s/ Jeffrey C. Roth
     **JEFFREY C. ROTH**
     Florida Bar No. 331562

2