UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.:  16-26113-RBR
                                                          Chapter 7
ENDLESS JEWELRY NORTH AND
SOUTH AMERICA, LLC,

           Debtor.

_____/

**TRUSTEE'S EXPEDITED MOTION TO COMPEL HOWARD CLARKE, FINANCE MANAGER, TO APPEAR AS THE CORPORATE REPRESENTATIVE OF THE DEBTOR AT THE MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341**

Marc P. Barmat, Chapter 7 trustee of the bankruptcy estate of Endless Jewelry North and South America, LLC, ("**Trustee**"), pursuant to section 105(a) of the Bankruptcy Code[1], by and through undersigned counsel, files this motion to compel Howard Clarke, Finance Manager, to appear as the corporate representative of the Debtor at the Meeting of Creditors pursuant to 11 U.S.C. § 341 (the "**Motion**"), and in support states:

**BASIS FOR EXPEDITED RELIEF**

1.      This case has been pending since December 2, 2016, and has had several intervening events delaying the convening of the required § 341 Meeting of Creditors.  The § 341 Meeting of Creditors is currently set for February 14, 2017 at 11:00 a.m., however, the Trustee has been informed that the Debtor is unable to find a person to appear on its behalf at the § 341 Meeting of Creditors.  In order to ensure that the Debtor has a person appear at the § 341 Meeting of Creditors the Trustee is requesting that this matter be heard on **February 15, 2015 at 10:00 a.m.**, as this Court is already hearing other motions filed in this case.

---

[1] 11 U.S.C.§§ 101, *et seq.*

2.      The Trustee respectfully requests that the Court waive the provisions of Local Rule 9075-1(B), which requires an affirmative statement that a bona fide effort was made in order to resolve the issues raised in this Motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.

**RELIEF REQUESTED**

3.      The Trustee requests that this Court enter an order compelling Howard Clarke ("**Mr. Clarke**"), Finance Manager for Endless Jewelry North and South America, LLC (the "**Debtor**"), appear as the corporate representative of the Debtor at the § 341 Meeting of Creditors, as Mr. Clarke signed the voluntary petition for relief, ECF No. 1, and is designated as the "responsible party to act on behalf of the [Debtor]," according to the Certificate of Company Resolution [ECF No. 5].

4.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue is proper in this Court under 28 U.S.C. § 1408 and 1409.

5.      The United States Trustee is obligated to convene and preside at a meeting of creditors, 11 U.S.C. § 341(a)(1), at which the Debtor is required to appear and be examined, under oath, by the trustee and/or any creditors.  11 U.S.C. § 343.

6.      Section 105(a), reads:

> The ***court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title***. No provision of this title providing for the raising of an issue by a party in interest shall be construed to preclude the court from, sua sponte, taking any action or making any determination necessary or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.

11 U.S.C. § 105(a) (emphasis added).

7.      The Meeting of Creditors is currently set for February 14, 2017 at 11:00 a.m.

2

8.      Counsel for the Debtor has reached out to undersigned counsel to notify the Trustee that Mr. Clarke has ceased communicating with them and that there is no other person who is willing or able to appear before the Trustee to testify as the corporate representative of the Debtor at the § 341 Meeting of Creditors.

9.      Accordingly, the Trustee requests that this Court enter an order compelling Mr. Clarke, who is designated as the responsible party in this corporate case, to appear on behalf of the Debtor at the § 341 Meeting of Creditors.

**WHEREFORE**, the Trustee, Marc P. Barmat, respectfully requests that this Honorable Court enter an order: (i) granting this Motion; (ii) compelling Howard Clarke to appear at the 341 Meeting of Creditors as the corporate representative of the Debtor; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 9th day of February 2017.

FURR COHEN
*Attorneys for Trustee*
2255 Glades Rd., #337 W
Boca Raton, Florida 33431
Phone: (561) 395-0500
Fax:  (561) 338-7532

By: */s/Jason S. Rigoli*
       Jason S. Rigoli, Esq.
       Florida Bar. No. 91990
       E-mail: jrigoli@furrcohen.com