UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                             Case No.:  16-26113-RBR
                                                   Chapter 7

ENDLESS JEWELRY NORTH AND
SOUTH AMERICA, LLC,

       Debtor.

_____/

**TRUSTEE'S EXPEDITED MOTION FOR AUTHORITY
FOR TRUSTEE TO PAY CERTAIN EXPENSES**

Marc P. Barmat, Chapter 7 trustee of the bankruptcy estate of Endless Jewelry North and South America, LLC, ("**Trustee**"), pursuant to section 105(a) of the Bankruptcy Code[1], by and through undersigned counsel, files this motion for authority for the Trustee to pay certain expenses (the "**Motion**"), and in support states:

**BASIS FOR EXPEDITED RELIEF**

1.      The Trustee has been doing everything to move this case forward as quickly and expeditiously as possible.  The reason for the trustee is requesting expedited relief in this motion is because his ability to pay these costs sooner will save the bankruptcy estate later, by reducing certain large potential administrative expense claims.  The Trustee is requesting that this matter be heard on **February 15, 2015 at 10:00 a.m.**, as this Court is already hearing other motions filed in this case.

2.      The Trustee respectfully requests that the Court waive the provisions of Local Rule 9075-1(B), which requires an affirmative statement that a bona fide effort was made in order to

---

[1] 11 U.S.C.§§ 101, *et seq.*

1

resolve the issues raised in this Motion, as the relief requested herein is urgent in nature and does

not lend itself to advance resolution.

**RELIEF REQUESTED**

3.       The Trustee requests that this Court enter an order authorizing him to pay certain

expenses to preserve and protect this estate.

4.       This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue is proper in this

Court under 28 U.S.C. § 1408 and 1409.

5.       Section 105(a), permits this court to "issue any order, process, or judgment that is necessary

or appropriate to carry out the provisions of this title."  11 U.S.C. § 105(a).

6.       The Trustee states that the following costs are required to be paid to allow the

Trustee to protect assets in this case and otherwise preserve this estate with respect to potential

administrative expenses:

   a.  Millennium Relocation Services, 9332 NW 101 Street, Medley, FL  33178, the amount of $10,025.00 to move the Debtor's inventory from its current office location to the i-Storage of Boynton Beach, storage facility identified below;

   b.  Trustee Insurance Agency Services, 2813 West Main, Kalamazoo, MI 49006, the amount of $1,050.00, as the premium to insure the assets of the estate;

   c.  Paychex Payroll Services, the amount of $1,015.00, to correct thirteen W2s to employees and complete three tax filings due to two of the Debtor's payrolls not being processed;

   d.  EJ Fulfillment LLC, 95 Karago Avenue, Suite 2-3, Youngstown, OH 44512, an amount of $2,533.33 per month, to maintain the storage of valuable merchandising inventory currently being held in this facility; and

   e.  i-Stoarge of Boynton Beach, 2951 SW 14th Place, Boynton Beach, FL 33426, an amount of $695.00, plus tax, for the first month and each month thereafter until the inventory is sold, for the storage of the jewelry inventory of the Debtor.

2

7.      The payment of these expenses will preserve and protect the estates assets and minimize the potential administrative expense claims of the estate going forward.

**WHEREFORE**, the Trustee, Marc P. Barmat, respectfully requests that this Honorable Court enter an order, substantially in the form of the order attached hereto as **Exhibit "A"**: (i) granting this Motion; (ii) authorizing the Trustee to pay Millennium Relocations Services ($10,025.00), Trustee Insurance Agency Services ($1,050.00), Paychex Payroll Services ($1,015.00), EJ Fulfilment LLC ($2,533.33 per month), and i-Storage of Boynton Beach ($695.00, plus tax, for the first month and each month thereafter until the inventory is sold); and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 10th day of February 2017.

FURR COHEN
*Attorneys for Trustee*
2255 Glades Rd., #337 W
Boca Raton, Florida 33431
Phone: (561) 395-0500
Fax: (561) 338-7532

By: */s/Jason S. Rigoli*
        Jason S. Rigoli, Esq.
        Florida Bar. No. 91990
        E-mail: jrigoli@furrcohen.com

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                     Case No.:  16-26113-RBR
                                                            Chapter 7
ENDLESS JEWELRY NORTH AND
SOUTH AMERICA, LLC,

        Debtor.
_____/

### ORDER GRANTING TRUSTEE'S EXPEDITED MOTION
### FOR AUTHORITY FOR TRUSTEE TO PAY CERTAIN EXPENSES

THIS MATTER came before the Court for hearing on February __, 2017, at ____ a.m., in

Fort Lauderdale, Florida, upon the *Trustee's Expedited Motion for Authority for Trustee to Pay*

*Certain Expenses* [ECF No. __] (the "**Motion**"), filed by Marc P. Barmat, Trustee (the "**Trustee**").

The Court has reviewed the Motion and the record in this Case, and has heard the arguments of

counsel.  The Court finds that the reasons articulated in Motion are compelling and the relief

requested is warranted.  Therefore, it is

**ORDERED AND ADJUDGED as follows:**

        1.        The Motion is **GRANTED**.

1

2.      The Trustee is authorized to make the following payments:

    a.  Millennium Relocation Services, 9332 NW 101 Street, Medley, FL  33178, the amount of $10,025.00 to move the Debtor's inventory from its current office location to the i-Storage of Boynton Beach, storage facility identified below;

    b.  Trustee Insurance Agency Services, 2813 West Main, Kalamazoo, MI 49006, the amount of $1,050.00, as the premium to insure the assets of the estate;

    c.  Paychex Payroll Services, the amount of $1,015.00, to correct thirteen W2s to employees and complete three tax filings due to two of the Debtor's payrolls not being processed;

    d.  EJ Fulfillment LLC, 95 Karago Avenue, Suite 2-3, Youngstown, OH 44512, an amount of $2,533.33 per month, to maintain the storage of valuable merchandising inventory currently being held in this facility; and

    e.  i-Stoarge of Boynton Beach, 2951 SW 14th Place, Boynton Beach, FL 33426, an amount of $695.00, plus tax, for the first month and each month thereafter until the inventory is sold, for the storage of the jewelry inventory of the Debtor.

###

**Submitted by:**
Jason S. Rigoli, Esq.
Furr Cohen
2255 Glades Road, #337W
Boca Raton, FL 33431
T: (561) 395-0500/F: (561)338-7532
jrigoli@furrcohen.com

*Attorney Jason Rigoli shall serve a conformed copy of this order on all appropriate parties and file a certificate of service with this Court.*

2