UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:  Case No.: 16-26113-RBR
 Chapter 7
ENDLESS JEWELRY NORTH AND
SOUTH AMERICA, LLC,

     Debtor.
_____/

### RE-NOTICE OF 2004 EXAMINATION *DUCES TECUM* OF MATT CARLOZZI WITH EXAMINATION TO BE CONDUCTED BY VIDEO-CONFERENCE

Marc P. Barmat ("**Trustee**"), Chapter 7 trustee of the estate of Endless Jewelry North and South America, LLC, by and through undersigned counsel, gives notice that he will examine, via telephone and video-conference, **Matt Carlozzi** on **March 14, 2017** at **10:00 a.m.** (Prevailing Central Time) at the **Nagy-Baker Court Reporting, 100 Federal Plaza East, 975 City Centre One, Youngstown, OH 44503, 330-746-7479**.

The examination may continue from day to day until completed. If the examinee receives this notice less than 7 days prior to the scheduled examination date (or less than 10 days if examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 2004-1(B), the party being examined shall produce and provide to Trustee's counsel by **March 1, 2017**,[1] the documents set forth on the attached **Exhibit A**, however, the document request is limited to those documents within the Debtor's possession, custody, and/or control, and is further limited in number not to exceed 300 pages. If the number of requested documents in the Debtor's possession, custody, or control is greater than 300 pages, the Debtor's attorney is hereby requested to contact the Trustee's attorney to discuss the document production, so as to avoid unnecessary cost and expense to the parties.

Dated: February 24, 2017

                                                    FURR COHEN
                                                  *Attorney for Trustee*
                                                  2255 Glades Road. Suite 337W
                                                  Boca Raton, FL 33431
                                                  Tel: (561) 395-0500/Fax: (561) 338-7532

                                                  BY:  */s/ Jason S. Rigoli*
                                                       Jason S. Rigoli, Esq.
                                                       Florida Bar No. 91990
                                                       E-mail: jrigoli@furrcohen.com

---

[1] Counsel for the Trustee has been in contact with Timothy Reardon, Esq., counsel for Matthew Carlozzi, who has agreed that the Subpoena served on Matthew Carlozzi on February 9, 2017, remains in full force and effect as to this Notice of 2004 Examination and Duces Tecum Request. See *executed Subpoena and Notice* [ECF No. 69]. Additionally, the parties have agreed to the date of the re-notice 2004 examination as well as the March 1, 2017, deadline for the production of documents responsive to the requests for production set forth herein.

**EXHIBIT "A"**

I. **Instructions**

    A.    <u>Time Period</u>: Unless otherwise stated herein, the time period encompassed by this Notice is from **four years** prior to the Petition Date (as defined herein) up to an including the date of the production of the documents by you. With respect to the requests relating to any operating agreements, shareholder agreements, partnership agreements, or any other agreements or documents relating to the formations, governance, and/or operation of any entity, the time period for that request shall be from formation of the entity to the present.

    B.    <u>Duty to Supplement</u>: This Document request is continuing in nature and when new knowledge or information comes to the attention of the Debtor, the information supplied in the answers to the Document request shall be supplemented forthwith.

    C.    <u>Scope of Requests</u>: For each and every Request herein, you shall produce Documents in your possession, custody, or control within the meaning of Rule 34(a) of the Federal Rules of Civil Procedure, including but be limited to Documents, objects or articles described that are in your possession or that you have the right to secure the original or a copy from another person or entity. The fact that your investigation is continuing or discovery is incomplete is not an excuse for your failure to respond to each request as fully and completely as possible. Your responses should consist of information known to you through yourself, your agents, your attorneys, your employees, or your representatives. All Documents produced pursuant to this request are to be produced as they are kept in the usual course of business, and shall be organized and labeled (without permanently marking the item produced) so as to correspond with the categories of each numbered request hereof. If copies or drafts exist of a Document, the production of which has been requested herein, produce and submit for inspection and copying each and every copy and draft which differs in any way from the original Document or from any copy or draft.

    D.    <u>Lost Documents</u>: If you at any time had possession, custody, or control of any Document requested herein, and such Document has been lost, destroyed, discarded, or is not presently in your possession, such Documents shall be identified as completely as possible, including:

1. The names of the authors of the Document;
2. The names of the persons to whom the Documents or copies were sent;
3. The date of the Document;
4. The date on which the Document was received by each addressee, copyee or its recipients;
5. A description of the nature and subject matter of the Document that is as complete as possible;
6. The date on which the Document was lost, discarded or destroyed; and
7. The manner in which the Document was lost, discarded or destroyed.

    E.    <u>Claim of Privilege</u>: With respect to any Document that Debtor withholds under claim of privilege, the Debtor shall number such Documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege. In addition, the Debtors shall provide a statement, signed by an attorney representing the Debtor, setting forth as to each such Document:

3

1. The names of the senders of the Document;
2. The names of the authors of the Document;
3. The names of the persons to whom the Document or copies were sent;
4. The job title of every person named in subparagraphs 1, 2 and 3 above;
5. The date of the Document;
6. The date on which the Document was received by each addressee, copyee or its recipient;
7. A brief description of the nature and subject matter of the Document; and
8. The statute, rule or decision which is claimed to give rise to the privilege.

F.  <u>Responses</u>: If you cannot, after exercising due diligence to secure or produce the Document(s) requested, you must identify which Request(s) that you do not have any responsive Documents for, and answer the request for production to the fullest extent possible, specifying your inability to produce the Document(s), providing the identity of the person who has possession, custody, or control of the requested Document(s).

G.  <u>Definitions</u>: All words in this request for production shall have their plain, ordinary and common meanings unless specifically defined below in the Definition section of this Notice.

H.  <u>Duplicate Copies</u>: Copies of Documents which are identical duplicates of other Documents which have already been produced for inspection and copying in this action need not be produced again, except that the duplicates must be produced if handwritten or any other type of notes or similar intelligence appear thereon or are attached thereto, including markings on slips indicating the routing of the Document to individuals or organizations.

I.  <u>Inclusive Construction</u>: Generally, each request should be construed so as to bring within the scope of the request any Documents or information that might otherwise be construed as outside of the scope. For example, the singular form of any word includes the plural, and vice versa; the words "and" and "or" shall be construed interchangeably; the words "any" and "all" shall be construed interchangeably; the past tense of any word incorporates the present tense and vice versa; the use of any gender encompasses the other gender; and, the use of the word "including" shall be construed as illustrating and not excluding.

**II.  Definitions**

A.  "**Petition Date**" means December 2, 2016.

B.  "**Debtor**" means Endless Jewelry North and South America, LLC, individually or collectively, including any of its affiliates, subsidiaries, parents, assigns, authorized officers and directors, employees, attorneys, agents, and others acting or purporting to act on its behalf.

C.  "**You**" means the party upon whom this request is being served, whether in your individual capacity, jointly with another person, or in any other capacity, and all of the party's affiliates, subsidiaries, assigns, authorized officers and directors, employees, agents, and others acting or purporting to act on the party's behalf.

D.  "**Document(s)**" means information in all stored or communicated forms. With respect to all electronically stored information ("ESI"); ***you should contact the issuing officer***

4

*identified above to coordinate production of electronically stored information*. All ESI must be in a reasonably usable form as defined in Rules 26 and 34 of the Federal Rules of Civil Procedure and Rule 1001 of the Federal Rules of Evidence.

    E.    **"Communication(s)"** means any act or process imparting, express, or exchanging information in any manner or form.

    F.    The terms "**support**," "**evidence**," "**relate to**," "**relating to**," "**related to**," "**referred to**," "**concerning**," "**pertaining to**," and "**regarding**" shall mean anything which directly, or indirectly, concerns, consists of, pertains to, reflects, evidences, describes, sets forth, constitutes, contains, shows, underlies, supports, refers to in any manner, is or was used in the preparation of, appended to, legally, logically or factually connected with, proves, disproves, or tends to prove or disprove.

## DOCUMENTS REQUESTED

1. All Documents and Communications that refer to, relate to, concern or contain information, directly or indirectly, about the Debtor.

2. All Documents that identify persons in possession or control of Documents concerning the Debtor.

3. All Documents that identify persons in possession or control of assets of the Debtor.

4. All Documents that identify persons that have legal or equitable interests in assets in the possession or control of the Debtor.

5. All Documents concerning the relationship between the Debtor and any persons with whom the Debtor transacted in the ordinary course of business.

6. All Documents that identify any persons with whom the Debtor transacted in the ordinary course of business.

7. All statements from savings accounts, credit union accounts, certificates of deposit, treasury notes, stocks and bonds, etc., or other passbooks of the Debtor, including those held by the Debtor in its name or in its name jointly with any person or entity, (regardless of whether or not the account or accounts have been closed), whether in the United States of America or abroad.

8. All statements from checking and/or money market accounts in the Debtor's name individually, with another person or entity, or in which the Debtor may have an interest, including checkbooks, check stubs or check registers, deposit slips, monthly statements, and cancelled checks (regardless of whether or not the account or accounts have been closed), in any institution whether in the United States of America or abroad.

9. All Documents concerning any agreements entered into by and between the Debtor and You, whether executory or not, including, without limitation: any agreements related to the operations, management, business relationships, control, financing, distributions, property, rights, and obligations of the Debtor and any documents concerning the termination of any such agreement.

10. All Documents concerning any agreements entered into by and between the Debtor and each and any Affiliate of the Debtor, whether executory or not, including, without limitation: any agreements related to the operations, management, business relationships, control, financing, distributions, property, rights, and obligations of the Debtor and any documents concerning the termination of any such agreement.

11. All Documents concerning any Claims made by you or any party against the Debtor.

12. Copies of all loan applications and statements of loan accounts for all loans applied for by the Debtor, whether or not taken or approved.

13. Copies of any and all personal financial statements prepared by an accountant or any other person for the Debtor.

14. All Documents and Communications concerning the creation of any Endless Jewelry, LLC, including, without limitation, all documents and communications evidencing the reason for creating Endless Jewelry, LLC.

15. All Documents and Communications that refer to, relate to, concern or contain information, directly or indirectly, about Endless Jewelry, LLC.

16. All Documents and Communications concerning the termination or dissolution of any Endless Jewelry, LLC, including, without limitation, all documents and communications evidencing the reason for creating Endless Jewelry, LLC.

17. All Documents and Communications concerning the creation of any Endless Jewelry US, including, without limitation, all documents and communications evidencing the reason for creating Endless Jewelry US.

18. All Documents and Communications that refer to, relate to, concern or contain information, directly or indirectly, about Endless Jewelry US.

19. All Documents and Communications concerning the termination or dissolution of any Endless Jewelry US, including, without limitation, all documents and communications evidencing the reason for creating Endless Jewelry US.

20. All Documents and Communications concerning the creation of any other affiliate of the Debtor, including, without limitation, all documents and communications evidencing the reason for its creation.

21. All Documents and Communications that refer to, relate to, concern or contain information, directly or indirectly, about any other affiliate of the Debtor.

22. All Documents and Communications concerning the termination or dissolution of any other affiliate of the Debtor, including, without limitation, all documents and communications evidencing the reason for creating any other affiliate of the Debtor.

23. All Documents that identify persons which held and/or hold director, officer, manager, member, and/or control person positions with the Debtor.

24. All meeting minutes for any and all meetings of directors, officers, managers, members, and/or control persons of the Debtor.

25. All corporate formation documents, including but not limited to, operating agreements.

###