FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

| Case No.: | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Date Filed (f) or Converted (c): | 12/02/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 01/04/2017 |
| | | Claims Bar Date: | 05/15/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Accounts Receivable | $2,531,247.24 | $2,531,247.24 | | $21,144.51 | $2,510,102.73 |
| 2 | Bank of America Checking Account - Canada - #9203 | $10,327.02 | $10,327.02 | | $7,358.51 | $2,968.51 |
| 3 | Bank of America Checking Account - US - #1365 | $38,089.33 | $3,762.73 | | $3,762.73 | FA |
| 4 | Bank of America Checking Account #1349 | $797.80 | $427.23 | | $427.23 | FA |
| 5 | Rent Deposit - Ivy Tower 101 Property LLC | $45,202.09 | $45,202.09 | | $0.00 | $45,202.09 |
| 6 | Inventory | $3,600,646.89 | $3,600,646.89 | | $0.00 | $3,600,646.89 |
| 7 | Inventory - Packing material - Boardman, OH | $1,139,893.50 | $1,139,893.50 | | $0.00 | $1,139,893.50 |
| 8 | Furniture, Fixtures, Equipment | $1,420,013.08 | $13,237.50 | | $0.00 | $13,237.50 |
| 9 | Computer Equipment | $19,208.60 | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Assets sold with asset#8 at auction sale. | | | | | |
| 10 | 2014 Lexus IS 250 - Leased | Unknown | $0.00 | | $0.00 | $0.00 |
| 11 | 2015 Lexus NX 200T - Leased | Unknown | $0.00 | | $0.00 | $0.00 |
| 12 | 2014 Lexus GS350 - Leased | $0.00 | $0.00 | | $0.00 | $0.00 |
| 13 | Causes of action - Endless Jewelry V. Numerous parties | Unknown | $0.00 | | $0.00 | $0.00 |
| **Asset Notes:** | Endless Jewelry v. Helou Family LLC<br>Endless Jewelry v. Aramis Boutique Jewelry LLC<br>Endless Jewelry v. Ryan's Jeweler's<br>Endless Jewelry v. R D Buttermore & Sons Inc<br>Endless Jewelry v. Sierra Amber Corp. | | | | | |
| 14 | Prepaid Expense - Commission | $83,836.00 | $83,836.00 | | $0.00 | $83,836.00 |
| 15 | Sale Commission - David Ethier | $2,051.56 | $2,051.56 | | $0.00 | $2,051.56 |
| 16 | Domain Name - EndlessJewelry.US/US_ESD/ | Unknown | $0.00 | | $0.00 | $0.00 |
| 17 | Employee Cash Advances | $100,800.00 | $100,800.00 | | $0.00 | $100,800.00 |
| **Asset Notes:** | Matthew Carlozzi - $100,000<br>Mathew Corning - $200<br>Howard Clarke - $600 | | | | | |
| 18 | Bank of America CAD Account (u) | $100.00 | $100.00 | | $100.00 | FA |
| 19 | CNA Insurance Refund (u) | $73.42 | $73.42 | | $0.00 | $73.42 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Date Filed (f) or Converted (c): | 12/02/2016 (f) |
| For the Period Ending: | 3/31/2017 | §341(a) Meeting Date: | 01/04/2017 |
| | | Claims Bar Date: | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**TOTALS (Excluding unknown value)**                                                                                                         **Gross Value of Remaining Assets**
                                              $8,992,286.53                $7,531,605.18                                 $32,792.98                $7,498,812.20

**Major Activities affecting case closing:**

04/27/2017    Endless Jewelry is a complex business Chapter 7. The Debtor is an affiliate of a Dutch company that itself filed for bankruptcy (insolvency) protection in Dusseldorf, Germany. The Debtor's operations were shut down with all personnel let go prior to the filing of the bankruptcy case.

At the outset, the case was dismissed because the Debtor could not get schedules filed so the Trustee had to file a motion to vacate the dismissal and reinstate the case. The Trustee also required authorization from the Court to prepare the bankruptcy schedules based upon the best available information the Trustee had. The schedules and statements were completed and timely filed.

Since that time, the Trustee has undertaken to try and sell the inventory assets of the estate and has begun investigating several potential assets of the estate, including, but not limited to, accounts receivable, claims against the D & O insurance policy of the Debtor, fraudulent transfer claims, as well as, claims against directors and officers.

In connection with the on-going investigation of the assets, the 2004 Examinations of the Matt Carlozzi, former CEO, and Avinash Tirwari, Former CFO, have been conducted and a demand has been made upon the D & O Insurance Company and efforts are being made to resolve this matter pre-suit, if possible.

Counsel for the trustee and the trustee have engaged in several conversations with parties with payables due to Endless Jewelry. The Trustee is attempting to resolve these claims as expeditiously as possible while incurring as little expense to the estate as possible.

The Trustee sold off the office equipment and computers at auction and moved the jewelry inventory into three (3) storage bays that are secured and insured.

Claims:  No claims have been reviewed at this time.

The Trustee has hired an accountant to assist with the estate's returns.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019 | /s/ MARC P. BARMAT |
|---|---|---|---|---|
| | | | | MARC P. BARMAT |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/1/2016 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2017 | (1) | C.T. Dickinson Jewelers | Accounts Receivable Payment Reference# 146110 - 146471 | 1121-000 | $40.00 | | $40.00 |
| 01/03/2017 | (1) | Roberts Jewelry Company Inc | Accounts Receivable Payment *See check stub for breakdown* | 1121-000 | $87.00 | | $127.00 |
| 01/03/2017 | (1) | The Jewelers Board of Trade | Accounts Receivable Payment B&C Jewelers | 1121-000 | $442.00 | | $569.00 |
| 01/03/2017 | (1) | Parkhill Jewelry | Accounts Receivable Payment 02/14/17 - Check returned Stop Payment. | 1121-000 | $127.00 | | $696.00 |
| 01/03/2017 | (1) | CDI Diamonds & Jewelry | Accounts Receivable Payment | 1121-000 | $500.00 | | $1,196.00 |
| 01/03/2017 | (1) | Adir International LLC | Accounts Receivable Payment *See check stub for breakdown* | 1121-000 | $3,756.99 | | $4,952.99 |
| 01/03/2017 | (1) | Gem Jewelry | Accounts Receivable Payment | 1121-000 | $774.00 | | $5,726.99 |
| 01/03/2017 | (1) | Chester Springs Retail Ent. d/b/a Exton Place | Accounts Receivable Payment | 1121-000 | $65.00 | | $5,791.99 |
| 01/03/2017 | (1) | Lawrence Anthony Fine Jewelers | Accounts Receivable Payment | 1121-000 | $500.00 | | $6,291.99 |
| 01/03/2017 | (1) | Endless Jewelry/PNC Bank Cashier's Check | Accounts Receivable Payment | 1121-000 | $75.00 | | $6,366.99 |
| 01/17/2017 | (2) | Bank of America | Balance in bank account 02/14/17 - Checked debited from account by bank due to being paid in Canadian funds. | 1129-000 | $9,696.28 | | $16,063.27 |
| 01/17/2017 | (3) | Bank of America | Balance in bank account | 1129-000 | $2,363.44 | | $18,426.71 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.78 | $18,414.93 |
| 02/01/2017 | (1) | Adir International LLC | Accounts Receivable Payment | 1121-000 | $6,602.40 | | $25,017.33 |
| 02/01/2017 | (1) | The Jewelers Board of Trade | Accounts Receivable Payment | 1121-000 | $1,807.38 | | $26,824.71 |
| 02/14/2017 | (2) | DEP REVERSE: Bank of America | Balance in bank account 02/14/17 - Checked debited from account by bank due to being paid in Canadian funds. | 1129-000 | ($9,696.28) | | $17,128.43 |
| | | | **SUBTOTALS** | | **$17,140.21** | **$11.78** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-26113-RBR | | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | | | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/1/2016 | | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2017 | (1) | DEP REVERSE: Parkhill Jewelry | Accounts Receivable Payment 02/14/17 - Check returned Stop Payment. | 1121-000 | ($127.00) | | $17,001.43 |
| 02/15/2017 | (1) | The Open Armoire | Accounts Receivable Payment | 1121-000 | $59.00 | | $17,060.43 |
| 02/15/2017 | (1) | Bremer C & R Jewelry Inc | Accounts Receivable Payment | 1121-000 | $6.00 | | $17,066.43 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $32.27 | $17,034.16 |
| 03/07/2017 | (2) | Bank of America | Provisional credit given by bank while Canadian item is processed; exchange difference will be debited once received. Credit given 02/14/17. | 1129-000 | $9,696.28 | | $26,730.44 |
| 03/07/2017 | (2) | Bank of America | Bank debited account on 02/28/17 for difference in currency conversion of Canadian item. | 1129-000 | ($2,337.77) | | $24,392.67 |
| 03/07/2017 | 101 | iStorage Boynton Beach | Initial deposit on first month's rent of storage units for Debtor's jewelry inventory pursuant to Court Order entered 02/21/17 ECF#67. | 2420-000 | | $695.00 | $23,697.67 |
| 03/10/2017 | 102 | Trustee Insurance Agency | Payment of invoice# 1376 - Insurance premium - pursuant to Court Order entered 02/21/17 ECF#67 | 2420-750 | | $1,050.00 | $22,647.67 |
| 03/10/2017 | 103 | EJ Fulfillment LLC | Payment of February and March Rent on invoices 1021 and 1022 pursuant to Court Order entered 02/21/17 ECF#67 | 2410-000 | | $5,066.66 | $17,581.01 |
| 03/13/2017 | (1) | The Jewelers Board of Trade | Accounts Receivable Payment | 1121-000 | $1,807.38 | | $19,388.39 |
| 03/17/2017 | (1) | Diamond Cutters of Western New York | Accounts Receivable Payment | 1121-000 | $2,126.36 | | $21,514.75 |
| 03/17/2017 | (3) | Bank of America/Endless Jewelry | Final balance in bank account. | 1129-000 | $1,399.29 | | $22,914.04 |
| 03/17/2017 | (4) | Bank of America/Endless Jewelry | Final balance in bank account. | 1129-000 | $427.23 | | $23,341.27 |
| 03/17/2017 | 104 | Millennium Relocation Services | Payment of invoice dated 03/13/17 - invoice# EJBOL5799 pursuant to Court Order entered 02/21/17 ECF#67 - packed, loaded and delivered inventory to storage units from Debtor location. | 2420-000 | | $10,025.00 | $13,316.27 |
| | | | **SUBTOTALS** | | $13,056.77 | $16,868.93 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/1/2016 | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2017 | 105 | Paychek Inc | Payment pursuant to Court Order entered 02/21/17 ECF#67; client# 40-17073498; processing of amended payroll returns and W2s. | 2690-000 | | $765.00 | $12,551.27 |
| 03/30/2017 | (1) | Enderby Jewelers 1991 Ltd | Accounts Receivable Payment - CANADIAN ITEM | 1121-000 | $2,496.00 | | $15,047.27 |
| 03/30/2017 | (18) | Bank of America | Closeout of CAD account - CANADIAN ITEM | 1229-000 | $100.00 | | $15,147.27 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $39.40 | $15,107.87 |

|  |  |  |
|---|---|---|
| TOTALS: | $32,792.98 | $17,685.11 | $15,107.87 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $32,792.98 | $17,685.11 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $32,792.98 | $17,685.11 | |

For the period of  4/1/2016 to 3/31/2017

| | |
|---|---|
| Total Compensable Receipts: | $32,792.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,792.98 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 01/03/2017 to 3/31/2017

| | |
|---|---|
| Total Compensable Receipts: | $32,792.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,792.98 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.| | 16-26113-RBR | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|---|
| Case Name: | | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | | **-***3681 | | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | | 4/1/2016 | | Blanket bond (per case limit): | $135,654,000.00 |
| For Period Ending: | | 3/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $32,792.98 | $17,685.11 | $15,107.87 |

**For the period of 4/1/2016 to 3/31/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $32,792.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,792.98 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/02/2016 to 3/31/2017**

| | |
|---|---:|
| Total Compensable Receipts: | $32,792.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,792.98 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $17,685.11 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $17,685.11 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ MARC P. BARMAT

MARC P. BARMAT