UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:                                                                Case No. 16-26113-RBR
                                                                      Chapter 7 Proceeding

ENDLESS JEWELRY NORTH AND SOUTH
AMERICA, LLC

      Debtor.                                                             /

## TRUSTEE'S REPORT OF SALE RE:  ACCOUNTS RECEIVABLE

COMES NOW the Trustee, **MARC P. BARMAT**, and files this Trustee's Report of Sale Re:  Accounts Receivable and would state as follows:

1. Pursuant to Court Order entered June 29, 2017 (ECF#97), the Trustee sold the Debtor's accounts receivable to JNR Adjustment Company, Inc. for $35,000.00.

2. The Trustee has received the proceeds from the sale.

I HEREBY CERTIFY that a copy of the foregoing was served on those parties listed below via the manner stated.

Dated:  July 20, 2017                              By:  /S/ *Marc P. Barmat, Trustee*
                                                   MARC P. BARMAT, TRUSTEE
                                                   2255 Glades Road, Suite 337W
                                                   Boca Raton, FL 33431
                                                   Telephone: (561) 395-0500
                                                   Facsimile: (561) 338-7532
                                                   Email: barmat.trustee@furrcohen.com

Electronic Notice:

- Alan Barbee    abarbee@glassratner.com, abarbee@glassratner.com
- David C. Cimo    dcimo@gjb-law.com, gjbecf@gjb-law.com
- Marilee A Mark    mmark@gjb-law.com, gjbecf@gjb-law.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;scusack@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com
- Timothy M Reardon    treardon@brouse.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;atty_furrcohen@bluestylus.com
- Jeffrey C. Roth    jeff@rothandscholl.com, christine@rothandscholl.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;scusack@slp.law;blee@slp.law;bshraibergecfmail@gmail.com;ematteo@slp.law