UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No.: 16-26113-RBR
                                                                    Chapter 7
ENDLESS JEWELRY NORTH AND
SOUTH AMERICA, LLC,

    Debtor.
_____/

MARC P. BARMAT, Trustee for the
Estate of ENDLESS JEWELRY NORTH
AND SOUTH AMERICA, LLC,

           Plaintiff,
vs.

COMMERCIAL PRINTERS, INC.

           Defendant.
_____/

## COMPLAINT TO AVOID AND RECOVER PREFERENTIAL TRANSFERS

      Plaintiff, Marc P. Barmat, the Chapter 7 Trustee for Endless Jewelry North and South America, LLC (the "Plaintiff"), by and though undersigned counsel, pursuant to Sections 547(b) and 550(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 7001 of the Federal Rules of Bankruptcy Procedure, hereby sues Defendant, Commercial Printers, Inc. (the "Defendant"), to avoid and recover preferential transfers made to or for the benefit of Defendant, and in support thereof alleges as follows:

1

**INTRODUCTION, JURISDICTION, AND VENUE**

1. On December 2, 2016 (the "Petition Date"), Endless Jewelry North and South America, LLC (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code in the Fort Lauderdale Division of United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Court").

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157(a) and 1334(b).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (F) and (O).

4. Venue is proper in this district pursuant to 28 U.S.C. § 1409.

**FACTS COMMON TO ALL CLAIMS**

5. Prior to the Petition Date, the Defendant received payments from the Debtor in the total aggregate sum of $10,916.00 (the "Transfers"). A schedule summarizing the Transfers is attached hereto as **Exhibit A** and is incorporated herein by reference.

6. The Debtor made each of the Transfers to the Defendant on or within ninety (90) days prior to the Petition Date.

**COUNT I**

**Avoidance and Recovery of Preferential Transfers
Pursuant to 11 U.S.C. §§ 547(b) and 550(a)**

7. Plaintiff repeats and realleges each and every allegation in Paragraphs 1 through 6 as if fully set forth herein.

8. The Transfers constituted transfers of the Debtor's interest in property.

9. The Transfers were made:

2

a. to or for the benefit of the Defendant, who, at all relevant times, was a creditor of the Debtor;

b. for or on account of an antecedent debt owed by the Debtor to the Defendant before such Transfers were made; and

c. while the Debtor was insolvent.

10. The Transfers to the Defendant enabled the Defendant to receive more than it would have received if:

a. this case were a case under Chapter 7 of the Bankruptcy Code;

b. the Transfers had not been made; and

c. the Defendant received a payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

11. By reason of the foregoing, the Transfers are avoidable by Plaintiff on behalf of the estate pursuant to 11 U.S.C. § 547(b).

12. Plaintiff is entitled to recover the amount or value of the Transfers from the Defendant pursuant to 11 U.S.C. § 550(a).

WHEREFORE, Plaintiff demands the entry of judgment against the Defendant: (i) avoiding the Transfers to the Defendant pursuant to 11 U.S.C. § 547(b); (ii) awarding a money judgment to Plaintiff in an amount equal to the amount of the Transfers pursuant to 11 U.S.C. § 550(a); (iii) awarding pre-judgment interest; (iv) disallowing any claim that the Defendant may have against the Debtor's bankruptcy estate until such time as the Defendant pays the Transfers asserted herein as provided in 11 U.S.C. § 502(d); and (v)

awarding any other relief the Court deems appropriate.

Respectfully submitted on November 14th, 2017.

        FURR AND COHEN P.A.
        2255 Glades Road, Suite 337W
        Boca Raton, Fl 33431
        Tel: 561-395-0500
        Fax: 561-338-7532

        By: /s/Marc P. Barmat
           MARC P. BARMAT, ESQ.
           Florida Bar No. 0022365
           E-Mail: mbarmat@furrcohen.com

Exhibit A

# Endless Jewelry North and South America, LLC, Case No.: 16-26113-RBR

**90-Day Disbursements to Commercial Printers, Inc.**
**From September 3, 2016 through December 1, 2016**
Petition Date: 12/2/2016

| Bank ID | Bank Statement Clear Date | Type | Check No. / Reference No. | Amount |
|---|---|---|---|---|
| BOA 1365 | 09/26/16 | Check | 3250 | $ 6,663.00 |
| BOA 1365 | 10/28/16 | Check | 3357 | 4,253.00 |
| **Commercial Printers, Inc. Total** | | | | **$ 10,916.00** |