Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 16–26113–RBR

Chapter: 7

In re:

Endless Jewelry North and South America, LLC
101 NE 3rd Avenue, Suite 1200
Fort Lauderdale, FL 33301

EIN: 47–1493681

## RENOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 10, 2018** at **10:00 AM** at the following location:

U.S. Courthouse
299 E Broward Blvd #308
Ft Lauderdale FL 33301

to consider the following:

**Motion to Compromise Controversy with Former Directors, Officers, Managers, Control Persons, and/or Employees of Debtor, in addition to Motion for Payment of Earned 40% Contingency Fee to Trustees Special Litigation Counsel and General Counsel. Filed by Trustee Marc P Barmat. (Rigoli, Jason) (191)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: <u>8/29/18</u>

**CLERK OF COURT**
By: <u>Edy Gomez</u>
Courtroom Deputy