FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:   1

| Case No.: | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Date Filed (f) or Converted (c): | 12/02/2016 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 01/04/2017 |
| | | Claims Bar Date: | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable | $2,531,247.24 | $2,531,247.24 | | $58,020.88 | FA |
| 2 | Bank of America Checking Account - Canada - #9203 | $10,327.02 | $10,327.02 | | $7,358.51 | FA |
| 3 | Bank of America Checking Account - US - #1365 | $38,089.33 | $3,762.73 | | $3,762.73 | FA |
| 4 | Bank of America Checking Account #1349 | $797.80 | $427.23 | | $427.23 | FA |
| 5 | Rent Deposit - Ivy Tower 101 Property LLC | $45,202.09 | $45,202.09 | | $0.00 | FA |
| Asset Notes: | Offset against rent. | | | | | |
| 6 | Inventory | $3,600,646.89 | $155,000.00 | | $155,000.00 | FA |
| 7 | Inventory - Packing material - Boardman, OH | $1,139,893.50 | $5,050.00 | | $5,050.00 | FA |
| 8 | Furniture, Fixtures, Equipment | $1,420,013.08 | $13,237.50 | | $13,237.50 | FA |
| 9 | Computer Equipment | $19,208.60 | $0.00 | | $0.00 | FA |
| Asset Notes: | Assets sold with asset#8 at auction sale. | | | | | |
| 10 | 2014 Lexus IS 250 - Leased | Unknown | $0.00 | | $0.00 | FA |
| 11 | 2015 Lexus NX 200T - Leased | Unknown | $0.00 | | $0.00 | FA |
| 12 | 2014 Lexus GS350 - Leased | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Causes of action - Endless Jewelry V. Numerous parties | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Endless Jewelry v. Helou Family LLC | | | | | |
| | Endless Jewelry v. Aramis Boutique Jewelry LLC | | | | | |
| | Endless Jewelry v. Ryan's Jeweler's | | | | | |
| | Endless Jewelry v. R D Buttermore & Sons Inc | | | | | |
| | Endless Jewelry v. Sierra Amber Corp. | | | | | |
| 14 | Prepaid Expense - Commission | $83,836.00 | $83,836.00 | | $0.00 | FA |
| 15 | Sale Commission - David Ethier | $2,051.56 | $2,051.56 | | $0.00 | FA |
| 16 | Domain Name - EndlessJewelry.US/US_ESD/ | Unknown | $0.00 | | $0.00 | FA |
| 17 | Employee Cash Advances | $100,800.00 | $100,800.00 | | $0.00 | FA |
| Asset Notes: | Matthew Carlozzi - $100,000 | | | | | |
| | Mathew Corning - $200 | | | | | |
| | Howard Clarke - $600 | | | | | |
| 18 | Bank of America CAD Account  (u) | $100.00 | $100.00 | | $100.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2

| Case No.: | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Date Filed (f) or Converted (c): | 12/02/2016 (f) |
| For the Period Ending: | 03/31/2019 | §341(a) Meeting Date: | 01/04/2017 |
| | | Claims Bar Date: | 05/15/2017 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | CNA Insurance Refund | (u) | $73.42 | $73.42 | | $73.42 | FA |
| 20 | MGM Resorts Refund | (u) | $147.16 | $147.16 | | $147.16 | FA |
| 21 | Stipulation for Settlement - Leiden Company LLC | (u) | $12,500.00 | $12,500.00 | | $12,500.00 | FA |
| 22 | Bank of America Merchant Services | (u) | $27,856.30 | $27,856.30 | | $27,856.30 | FA |
| 23 | First Data Canada - Merchant Services | (u) | $6,933.30 | $6,933.30 | | $5,472.45 | FA |
| 24 | United Healthcare Rebate Checks | (u) | $2,145.91 | $2,145.91 | | $2,145.91 | FA |
| 25 | Settlement - Gunster Yoakley Law Firm | (u) | $5,000.00 | $5,000.00 | | $5,000.00 | FA |
| 26 | Settlement - Gray Kirk Vansant Advertising | (u) | $4,000.00 | $4,000.00 | | $4,000.00 | FA |
| 27 | Adv. 17-01443 - Commercial Printers Inc | (u) | $6,250.00 | $6,250.00 | | $6,250.00 | FA |
| 28 | Preference - United Parcel Service | (u) | $17,500.00 | $17,500.00 | | $17,500.00 | FA |
| 29 | Stipulation for Settlement with Art Guild of Philadelphia | (u) | $7,500.00 | $7,500.00 | | $7,500.00 | FA |
| 30 | D&O Policy Insurance Claim Settlement | (u) | $750,000.00 | $750,000.00 | | $750,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $9,832,119.20 | $3,790,947.46 | $1,081,402.09 | $0.00 |

**Major Activities affecting case closing:**

04/12/2019     TFR submitted 04/12/19.

04/19/2018     Tax Returns:  The parent company is responsible for filing the tax returns.

There are several matters still pending in this case.  The first is the remaining scheduled assets involving the landlord's security deposit and cash advances and commissions to employees. The Trustee is working with his accountant to determine whether these assets are valid and collectible. The second matter pending is a pre-suit mediation regarding a claim against the Debtor's D&O policy which is set for mediation on 06/28/18 and a potential claim in the European parent company's insolvency proceeding.

Claims:  Claims have been pulled for review.

Tax Returns:  The estate is current with its returns.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    3

| | |
|---|---|
| **Case No.:** | 16-26113-RBR |
| **Case Name:** | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC |
| **For the Period Ending:** | 03/31/2019 |

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Date Filed (f) or Converted (c):** | 12/02/2016 (f) |
| **§341(a) Meeting Date:** | 01/04/2017 |
| **Claims Bar Date:** | 05/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/27/2017   Endless Jewelry is a complex business Chapter 7.  The Debtor is an affiliate of a Dutch company that itself filed for bankruptcy (insolvency) protection in Dusseldorf, Germany.  The Debtor's operations were shut down with all personnel let go prior to the filing of the bankruptcy case.

At the outset, the case was dismissed because the Debtor could not get schedules filed so the Trustee had to file a motion to vacate the dismissal and reinstate the case.  The Trustee also required authorization from the Court to prepare the bankruptcy schedules based upon the best available information the Trustee had.  The schedules and statements were completed and timely filed.

Since that time, the Trustee has undertaken to try and sell the inventory assets of the estate and has begun investigating several potential assets of the estate, including, but not limited to, accounts receivable, claims against the D & O insurance policy of the Debtor, fraudulent transfer claims, as well as, claims against directors and officers.

In connection with the on-going investigation of the assets, the 2004 Examinations of the Matt Carlozzi, former CEO, and Avinash Tirwari, Former CFO, have been conducted and a demand has been made upon the D & O Insurance Company and efforts are being made to resolve this matter pre-suit, if possible.

Counsel for the trustee and the trustee have engaged in several conversations with parties with payables due to Endless Jewelry.  The Trustee is attempting to resolve these claims as expeditiously as possible while incurring as little expense to the estate as possible.

The Trustee sold off the office equipment and computers at auction and moved the jewelry inventory into three (3) storage bays that are secured and insured.

Claims:  No claims have been reviewed at this time.

The Trustee has hired an accountant to assist with the estate's returns.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2019 | **Current Projected Date Of Final Report (TFR):** 12/31/2019 | /s/ MARC P. BARMAT | |
| | | MARC P. BARMAT | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-26113-RBR | |
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | |
| Primary Taxpayer ID #: | **-***3681 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/2/2016 | |
| For Period Ending: | 03/31/2019 | |

| | |
|---|---|
| Trustee Name: | Marc P. Barmat |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1301 |
| Account Title: | |
| Blanket bond (per case limit): | $56,290,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2017 | (1) | C.T. Dickinson Jewelers | Accounts Receivable Payment Reference# 146110 - 146471 | 1121-000 | $40.00 | | $40.00 |
| 01/03/2017 | (1) | Roberts Jewelry Company Inc | Accounts Receivable Payment *See check stub for breakdown* | 1121-000 | $87.00 | | $127.00 |
| 01/03/2017 | (1) | The Jewelers Board of Trade | Accounts Receivable Payment B&C Jewelers | 1121-000 | $442.00 | | $569.00 |
| 01/03/2017 | (1) | Parkhill Jewelry | Accounts Receivable Payment  02/14/17 - Check returned Stop Payment. | 1121-000 | $127.00 | | $696.00 |
| 01/03/2017 | (1) | CDI Diamonds & Jewelry | Accounts Receivable Payment | 1121-000 | $500.00 | | $1,196.00 |
| 01/03/2017 | (1) | Adir International LLC | Accounts Receivable Payment *See check stub for breakdown* | 1121-000 | $3,756.99 | | $4,952.99 |
| 01/03/2017 | (1) | Gem Jewelry | Accounts Receivable Payment | 1121-000 | $774.00 | | $5,726.99 |
| 01/03/2017 | (1) | Chester Springs Retail Ent. d/b/a Exton Place | Accounts Receivable Payment | 1121-000 | $65.00 | | $5,791.99 |
| 01/03/2017 | (1) | Lawrence Anthony Fine Jewelers | Accounts Receivable Payment | 1121-000 | $500.00 | | $6,291.99 |
| 01/03/2017 | (1) | Endless Jewelry/PNC Bank Cashier's Check | Accounts Receivable Payment | 1121-000 | $75.00 | | $6,366.99 |
| 01/17/2017 | (2) | Bank of America | Balance in bank account  02/14/17 - Checked debited from account by bank due to being paid in Canadian funds. | 1129-000 | $9,696.28 | | $16,063.27 |
| 01/17/2017 | (3) | Bank of America | Balance in bank account | 1129-000 | $2,363.44 | | $18,426.71 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $11.78 | $18,414.93 |
| 02/01/2017 | (1) | Adir International LLC | Accounts Receivable Payment | 1121-000 | $6,602.40 | | $25,017.33 |
| 02/01/2017 | (1) | The Jewelers Board of Trade | Accounts Receivable Payment | 1121-000 | $1,807.38 | | $26,824.71 |
| 02/14/2017 | (2) | DEP REVERSE: Bank of America | Balance in bank account  02/14/17 - Checked debited from account by bank due to being paid in Canadian funds. | 1129-000 | ($9,696.28) | | $17,128.43 |

| | | | | SUBTOTALS | $7,443.93 | $11.78 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/2/2016 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/14/2017 | (1) | DEP REVERSE: Parkhill Jewelry | Accounts Receivable Payment  02/14/17 - Check returned Stop Payment. | 1121-000 | ($127.00) | | $17,001.43 |
| 02/15/2017 | (1) | The Open Armoire | Accounts Receivable Payment | 1121-000 | $59.00 | | $17,060.43 |
| 02/15/2017 | (1) | Bremer C & R Jewelry Inc | Accounts Receivable Payment | 1121-000 | $6.00 | | $17,066.43 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $32.27 | $17,034.16 |
| 03/07/2017 | (2) | Bank of America | Provisional credit given by bank while Canadian item is processed; exchange difference will be debited once received. Credit given 02/14/17. | 1129-000 | $9,696.28 | | $26,730.44 |
| 03/07/2017 | (2) | Bank of America | Bank debited account on 02/28/17 for difference in currency conversion of Canadian item. | 1129-000 | ($2,337.77) | | $24,392.67 |
| 03/07/2017 | 101 | iStorage Boynton Beach | Initial deposit on first month's rent of storage units for Debtor's jewelry inventory pursuant to Court Order entered 02/21/17 ECF#67. | 2420-000 | | $695.00 | $23,697.67 |
| 03/10/2017 | 102 | Trustee Insurance Agency | Payment of invoice# 1376 - Insurance premium - pursuant to Court Order entered 02/21/17 ECF#67 | 2420-750 | | $1,050.00 | $22,647.67 |
| 03/10/2017 | 103 | EJ Fulfillment LLC | Payment of February and March Rent on invoices 1021 and 1022 pursuant to Court Order entered 02/21/17 ECF#67 | 2410-000 | | $5,066.66 | $17,581.01 |
| 03/13/2017 | (1) | The Jewelers Board of Trade | Accounts Receivable Payment | 1121-000 | $1,807.38 | | $19,388.39 |
| 03/17/2017 | (1) | Diamond Cutters of Western New York | Accounts Receivable Payment | 1121-000 | $2,126.36 | | $21,514.75 |
| 03/17/2017 | (3) | Bank of America/Endless Jewelry | Final balance in bank account. | 1129-000 | $1,399.29 | | $22,914.04 |
| 03/17/2017 | (4) | Bank of America/Endless Jewelry | Final balance in bank account. | 1129-000 | $427.23 | | $23,341.27 |
| 03/17/2017 | 104 | Millennium Relocation Services | Payment of invoice dated 03/13/17 - invoice# EJBOL5799 pursuant to Court Order entered 02/21/17 ECF#67 - packed, loaded and delivered inventory to storage units from Debtor location. | 2420-000 | | $10,025.00 | $13,316.27 |
| | | | **SUBTOTALS** | | $13,056.77 | $26,893.93 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 16-26113-RBR |
| **Case Name:** | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC |
| **Primary Taxpayer ID #:** | **-***3681 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 12/2/2016 |
| **For Period Ending:** | 03/31/2019 |

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $56,290,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2017 | 105 | Paychek Inc | Payment pursuant to Court Order entered 02/21/17 ECF#67; client# 40-17073498; processing of amended payroll returns and W2s. | 2690-000 | | $765.00 | $12,551.27 |
| 03/30/2017 | (1) | Enderby Jewelers 1991 Ltd | Accounts Receivable Payment - CANADIAN ITEM | 1121-000 | $2,496.00 | | $15,047.27 |
| 03/30/2017 | (18) | Bank of America | Closeout of CAD account - CANADIAN ITEM | 1229-000 | $100.00 | | $15,147.27 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $39.40 | $15,107.87 |
| 04/05/2017 | 106 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for April 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $14,170.55 |
| 04/05/2017 | 107 | EJ Fulfillment LLC | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of April invoice# 1023 - storage unit. | 2410-000 | | $2,533.33 | $11,637.22 |
| 04/10/2017 | (1) | Triple Key LLC | Accounts Receivable Payment | 1121-000 | $506.28 | | $12,143.50 |
| 04/10/2017 | (1) | Albert's Jewelers | Accounts Receivable Payment | 1121-000 | $37.00 | | $12,180.50 |
| 04/10/2017 | (8) | National Auction Company | Proceeds from sale of assets at auction pursuant to Report of Auction filed 04/10/17 ECF#85 | 1129-000 | $13,237.50 | | $25,418.00 |
| 04/10/2017 | (19) | CNA Insurance | Refund on account# 3026588293 | 1229-000 | $73.42 | | $25,491.42 |
| 04/20/2017 | (1) | Enderby Jewelers 1991 Ltd/Green Bank | Accounts Receivable Payment - CANADIAN ITEM - Exchange rate fee per Federal Reserve | 1121-000 | ($666.91) | | $24,824.51 |
| 04/20/2017 | 108 | National Auction Company | Payment of expenses pursuant to Court Order entered 03/27/17 ECF#82. | 3620-000 | | $4,222.91 | $20,601.60 |
| 04/25/2017 | 109 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for April 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $19,664.28 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $31.61 | $19,632.67 |
| 05/10/2017 | (1) | Darakjian | Accounts Receivable Payment | 1121-000 | $2,000.00 | | $21,632.67 |
| 05/10/2017 | 110 | Trustee Insurance Agency | Payment of invoice# 1421 - Insurance premium - pursuant to Court Order entered 02/21/17 ECF#67 | 2420-750 | | $1,050.00 | $20,582.67 |
| 05/10/2017 | 111 | EJ Fulfillment LLC | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of May invoice# 1024 - storage unit. | 2410-000 | | $2,533.33 | $18,049.34 |
| | | | **SUBTOTALS** | | $17,783.29 | $15,583.55 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 16-26113-RBR | **Trustee Name:** | Marc P. Barmat |
| **Case Name:** | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3681 | **Checking Acct #:** | ******1301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 12/2/2016 | **Blanket bond (per case limit):** | $56,290,000.00 |
| **For Period Ending:** | 03/31/2019 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 05/25/2017 | 112 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for June 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $17,112.02 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $31.07 | $17,080.95 |
| 06/23/2017 | 113 | Trustee Insurance Agency | Payment of invoice# 1505 - Insurance premium - pursuant to Court Order entered 02/21/17 ECF#67 | 2420-750 | | $1,050.00 | $16,030.95 |
| 06/23/2017 | 114 | EJ Fulfillment LLC | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of June invoice# 1025 - storage unit. | 2410-000 | | $2,533.33 | $13,497.62 |
| 06/23/2017 | 115 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for July 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $12,560.30 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $28.20 | $12,532.10 |
| 07/20/2017 | (1) | JNR Adjustment Company Inc | Purchase of Accounts Receivable pursuant to Court Order entered 06/29/17 ECF#97; Report of Sale 07/20/17 ECF#102. | 1121-000 | $35,000.00 | | $47,532.10 |
| 07/20/2017 | 116 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for August 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $46,594.78 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $40.91 | $46,553.87 |
| 08/01/2017 | 117 | EJ Fulfillment LLC | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of July invoice# 1026 and August invoice# 1027 - storage unit. | 2410-000 | | $5,066.66 | $41,487.21 |
| 08/10/2017 | (20) | MGM Resorts | Refund from Promotional Event | 1229-000 | $147.16 | | $41,634.37 |
| 08/30/2017 | 118 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for September 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $40,697.05 |
| 08/30/2017 | 119 | Trustee Insurance Agency | Payment of invoice# 1577 - Insurance premium - pursuant to Court Order entered 02/21/17 ECF#67 | 2420-750 | | $1,050.00 | $39,647.05 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $72.39 | $39,574.66 |

| | | | | **SUBTOTALS** | $35,147.16 | $13,694.23 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/2/2016 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/26/2017 | (6) | Jewelry World.com LLC | Deposit on purchase of inventory; Order approving sale of property entered 10/17/17 ECF#127. | 1129-000 | $10,000.00 | | $49,574.66 |
| 09/26/2017 | 120 | EJ Fulfillment LLC | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of September invoice# 1028 - storage unit. | 2410-000 | | $2,533.33 | $47,041.33 |
| 09/26/2017 | 121 | iStorage Boynton Beach | Pursuant to Court Order entered 02/21/17 ECF#67 - payment of monthly storage unites for October 2017, Units K913, K914, K915 | 2420-000 | | $937.32 | $46,104.01 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $67.56 | $46,036.45 |
| 10/16/2017 | (21) | Leiden Cabinet Company | Payment pursuant to Court Order entered 10/26/17 ECF#131 | 1241-000 | $12,500.00 | | $58,536.45 |
| 10/16/2017 | (22) | Bank of America Merchant Services | Reserves held for Visa/MC Charge Card Transactions - Account Closed | 1229-000 | $27,856.30 | | $86,392.75 |
| 10/16/2017 | (23) | First Data Canada Ltd. | Reserves held for Visa/MC Charge Cards - Account Closed | 1229-000 | $6,933.30 | | $93,326.05 |
| 10/17/2017 | (24) | United Healthcare Insurance Company | Premium rebate check - policy# 04U4040 | 1229-000 | $2,065.87 | | $95,391.92 |
| 10/17/2017 | (24) | Neighborhood Health Partnership | Premium rebate check - policy# B23488P001 | 1229-000 | $2.11 | | $95,394.03 |
| 10/17/2017 | (24) | United Healthcare Insurance Co. | Premium rebate check - policy# 00W6885 | 1229-000 | $77.93 | | $95,471.96 |
| 10/23/2017 | | Jewelry World Com LLC | Order approving sale of property entered 10/17/17 ECF#127. | * | $65,050.00 | | $160,521.96 |
| | {7} | | $5,050.00 | 1129-000 | | | $160,521.96 |
| | {6} | | $60,000.00 | 1129-000 | | | $160,521.96 |
| 10/23/2017 | (6) | Jewelry World Com LLC | Order approving sale of property entered 10/17/17 ECF#127. | 1129-000 | $74,000.00 | | $234,521.96 |
| 10/23/2017 | (6) | Cynthia Aristizabal | Order approving sale of property entered 10/17/17 ECF#127. | 1129-000 | $11,000.00 | | $245,521.96 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $184.07 | $245,337.89 |
| 11/15/2017 | (23) | First Data Canada Ltd. | Reserves held for Visa/MC Charge Cards - Account Closed; bank debit by bank for conversion from Canadian to US. | 1229-000 | ($1,460.85) | | $243,877.04 |

| | | | **SUBTOTALS** | | $206,563.81 | $3,722.28 | |

FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-26113-RBR | Trustee Name: | Marc P. Barmat |
|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 12/2/2016 | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | 5 Uniform Tran Code | Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| 11/15/2017 | 122 | EJ Fulfillment LLC | Final payment of storage of inventory recently sold - invoice# 1029 dated 09/30/17; Court Order 02/21/17 ECF#67 | 2410-000 | | $2,533.33 | $241,343.71 |
| 11/16/2017 | 123 | Trustee Insurance Agency | Payment of final insurance bill - Invoice# 1631 - pursuant to Court Order entered 02/21/17 ECF#67 | 2420-750 | | $900.00 | $240,443.71 |
| 11/21/2017 | (25) | Gunster Law Firm | Motion to Approve Stipulation to Compromise Controversy filed 10/30/17 ECF# 133; Order entered 11/29/17 ECF#138 | 1241-000 | $5,000.00 | | $245,443.71 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $383.01 | $245,060.70 |
| 12/04/2017 | (26) | Gray Kirk Vansant Advertising | Payment pursuant to Court Order entered 10/26/17 ECF#130 | 1241-000 | $4,000.00 | | $249,060.70 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $401.28 | $248,659.42 |
| 01/17/2018 | 124 | Furr and Cohen, PA | Interim fees and costs pursuant to Court Order entered 01/17/18 ECF#143 | * | | $76,555.79 | $172,103.63 |
| | | | $(69,472.00) | 3110-000 | | | $172,103.63 |
| | | | $(7,083.79) | 3120-000 | | | $172,103.63 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $345.47 | $171,758.16 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $250.34 | $171,507.82 |
| 03/06/2018 | (27) | Commercial Printers Inc | Payment pursuant to Court Order entered 02/14/18 ECF#147 | 1241-000 | $6,250.00 | | $177,757.82 |
| 03/06/2018 | (28) | United Parcel Service | Payment pursunat to Court Order entered 03/29/18 ECF#161 | 1241-000 | $17,500.00 | | $195,257.82 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $317.83 | $194,939.99 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $294.27 | $194,645.72 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $314.09 | $194,331.63 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $313.59 | $194,018.04 |
| 07/10/2018 | (29) | Art Guild of Philadelphia | Payment pursuant to Court Order entered 05/25/18 ECF#175 | 1241-000 | $7,500.00 | | $201,518.04 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $311.57 | $201,206.47 |
| 08/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $356.10 | $200,850.37 |
| | | | **SUBTOTALS** | | $40,250.00 | $83,632.77 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 16-26113-RBR |
| **Case Name:** | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC |
| **Primary Taxpayer ID #:** | **-***3681 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 12/2/2016 |
| **For Period Ending:** | 03/31/2019 |

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $56,290,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2018 | 125 | Internal Revenue Service | Payment pursuant to Court Order entered 09/27/18 ECF#204 | 5800-000 | | $19,812.84 | $181,037.53 |
| 10/11/2018 | 126 | Alan R Barbee | Payment of fees and costs pursuant to Court Order entered 10/11/18 ECF#206 | * | | $147,059.36 | $33,978.17 |
| | | | $(146,000.00) | 3410-000 | | | $33,978.17 |
| | | | $(1,059.36) | 3420-000 | | | $33,978.17 |
| 11/21/2018 | (30) | Chubb Insurance Company | Payment pursuant to Court Order entered 10/23/18 [ECF#209] | 1249-000 | $750,000.00 | | $783,978.17 |
| 11/27/2018 | 127 | Cimo Mazer Mark PLLC | Contingency fee pursuant to Court Order entered 10/23/18 [ECF#209] and Court Order entered 11/07/18 [ECF#211]. | 3210-000 | | $101,637.00 | $682,341.17 |
| 11/27/2018 | 128 | Genovese Joblove & Battista, PA | Contingency fee pursuant to Court Order entered 10/23/18 [ECF#209] and Court Order entered 11/07/18 [ECF#211]. | 3210-000 | | $168,698.00 | $513,643.17 |
| 11/27/2018 | 129 | Furr and Cohen, PA | Contingency fee pursuant to Court Order entered 10/23/18 [ECF#209] and Court Order entered 11/07/18 [ECF#211]. | 3110-000 | | $29,665.00 | $483,978.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $750,000.00 | $466,872.20 |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 16-26113-RBR |
| **Case Name:** | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC |
| **Primary Taxpayer ID #:** | **-***3681 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 12/2/2016 |
| **For Period Ending:** | 03/31/2019 |

| | |
|---|---|
| **Trustee Name:** | Marc P. Barmat |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $56,290,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,081,402.09 | $597,423.92 | $483,978.17 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,081,402.09 | $597,423.92 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,081,402.09 | $597,423.92 | |

**For the period of  12/2/2016 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,081,402.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,081,402.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $597,423.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $597,423.92 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 01/03/2017 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,081,402.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,081,402.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $597,423.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $597,423.92 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-26113-RBR | | Trustee Name: | Marc P. Barmat |
|---|---|---|---|---|
| Case Name: | ENDLESS JEWELRY NORTH AND SOUTH AMERICA, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3681 | | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 12/2/2016 | | Blanket bond (per case limit): | $56,290,000.00 |
| For Period Ending: | 03/31/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,081,402.09 | $597,423.92 | $483,978.17 |

**For the period of 12/2/2016 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,081,402.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,081,402.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $597,423.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $597,423.92 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  12/02/2016 to 03/31/2019**

| | |
|---|---|
| Total Compensable Receipts: | $1,081,402.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,081,402.09 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $597,423.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $597,423.92 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ MARC P. BARMAT

MARC P. BARMAT